ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
FEB 20 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WACHOVIA CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-118-T |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**RCFC 7.1 DISCLOSURE STATEMENT**

Plaintiff Wachovia Corporation states that it is publicly held, that it has no parent corporation, and that no corporation owns 10% or more of Wachovia Corporation's stock.

Date: February 16, 2007

Respectfully submitted,

LAWRENCE D. ROSENBERG
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-7622
COUNSEL FOR PLAINTIFF

OF COUNSEL:
KENNETH J. KRUPSKY
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3664