# In the United States Court of Federal Claims

| | | |
|---|---|---|
| WACHOVIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | * | No. 07-118C<br>Filed: March 2, 2007 |

## ORDER

Due to a conflict, the undersigned judge **RECUSES** herself from the above-captioned case, pursuant to 28 U.S.C. § 455(b)(4) (2000). The Clerk of the Court is directed to **REASSIGN** the case.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**