# In the United States Court of Federal Claims

**No. 07-118 T**
**Filed: March 2, 2007**

**WACHOVIA CORPORATION**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge Susan G. Braden**

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

Brian Bishop

Brian Bishop, Clerk