**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WACHOVIA CORPORATION,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | ) | No. 07-118-T |

**NOTICE OF DISMISSAL**

Pursuant to RCFC 41(a)(1), Plaintiff Wachovia Corporation hereby voluntarily dismisses this action without prejudice. In support of this notice, Wachovia states as follows:

1. On February 20, 2007, Wachovia timely filed a complaint seeking recovery of the sum of $3,624,379 together with interest as provided by law as a refund for overpaid tax that had not been included in the refund paid on February 23, 2001 by the Internal Revenue Service to Wachovia's predecessor, CoreStates Financial Corporation, for its taxable year 1992.

2. Since that complaint was filed, the Internal Revenue Service has remitted payment to Wachovia in the amount of the refund (including interest) that Wachovia has claimed.

3. No answer, motion for summary judgment, or other responsive pleading has yet been filed by the United States in this action.

WHEREFORE, Plaintiff Wachovia Corporation respectfully requests that the Court dismiss this action without prejudice.

Dated: April 18, 2007

Respectfully submitted,

/s/ Lawrence D. Rosenberg
LAWRENCE D. ROSENBERG
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-7622

COUNSEL FOR PLAINTIFF

OF COUNSEL:

KENNETH J. KRUPSKY
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3664